# LAGALANTE PLLC
ATTORNEY AND COUNSELOR AT LAW

LOUIS M. LAGALANTE
ADMITTED NY, NJ & CT

168 FOREST AVENUE, SUITE 103
LOCUST VALLEY, NY 11560
TELEPHONE: (646) 988-4182
E-MAIL: LML@LAGALANTELAW.COM

Application granted.

The conference is hereby adjourned until June 21, 2024 at 2:00 p.m.

May 8, 2024

The conference will be held by phone. Call-in Number: (888) 363-4749; Access Code: 1015508#.

VIA ECF SYSTEM ONLY
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of NY
40 Foley Square, Room 2203
New York, NY 10007

SO ORDERED.

_____
Hon. Ronnie Abrams
May 10, 2024

Re: The Bank of New York Mellon Corp. v. Heagy et al
Case No. 1:24-cv-1969-RA

Dear Judge Abrams:

We are counsel for plaintiff, The Bank of New York Melon Corporation. We submit this Letter Motion on behalf of all parties to request that the dates set in the Court's Order and Notice of Initial Conference, filed March 19, 2024 (Doc. No. 5) be modified as follows. Counsel for all parties have read and approved this letter.

The parties jointly request that the Court adjourn the Initial Conference from May 24, 2024 until June 17, 2024, or such other date during that week as is mutually convenient for the Court. The parties state their preference is that the Initial Conference be held remotely, if the Court so allows. The parties also jointly request that the Court extend the date to file the Status Letter and Case Management Plan and Scheduling Order from May 17, 2024 to a date that is one-week prior to the date of the rescheduled Initial Conference.

As required by the Court's Individual Rules, we state that there have been no previous requests for an adjournment of these dates. Further, as stated above, all parties agree to the relief requested in this Letter Motion.

Respectfully submitted,

 /s/ Louis M. Lagalante
Louis M. Lagalante
Andrew M. DeLucia (*pro hac*)

CC: Mary A. Smith, Esq.
Catalina Catalano, Esq. (via ECF)